```
            IN THE UNITED STATES DISTRICT COURT

          FOR THE WESTERN DISTRICT OF WISCONSIN
```
_____

CLARENCE M. EASTERLING

                Plaintiff,

   v.                                                      ORDER
                                                    07-cv-598-jcs

MATTHEW J. FRANK, RICHARD J. RAEMISCH
PHILLIP A. KINGSTON, MICHAEL THURMER,
LAURA WOOD, CHARLES BROWN and BETH LIND,

                Defendants.
_____

    Plaintiff was allowed to proceed on his claims that defendants Matthew Frank, Richard Raemisch, Phillip Kingston, Michael Thurmer and Laura Wood denied him a reasonable opportunity to practice his Jewish faith and that defendants Charles Brown and Beth Lind retaliated against him for exercising his First Amendment rights when they denied him food.  Plaintiff moves reconsideration of the dismissing of some of his claims and the denial of his request to amend his complaint.  This motion will be denied because plaintiff has not alleged facts that support any additional claims.

                                    ORDER

    IT IS ORDERED that plaintiff's motion for reconsideration is DENIED.

    Entered this 3rd day of January, 2008.

                                    BY THE COURT:

                              _____/s/_____
                              JOHN C. SHABAZ
                              District Judge