IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

_____

CLARENCE M. EASTERLING

                Plaintiff,

   v.                                                 ORDER
                                                        07-cv-598-jcs

MATTHEW J. FRANK, RICHARD J. RAEMISCH
PHILLIP A. KINGSTON, MICHAEL THURMER,
LAURA WOOD, CHARLES BROWN and BETH LIND,

                Defendants.

_____

    Plaintiff moves for entry of partial judgment in the above entitled action not allowing him to proceed *in forma pauperis* on some of his claims.  Entry of partial judgment is not appropriate in this case.  Accordingly, plaintiff's motion will be denied.


ORDER

    IT IS ORDERED that plaintiff's motion for entry of partial judgment is DENIED.

    Entered this 28th day of January, 2008.

                              BY THE COURT:

                              /s/

                            _____
                            JOHN C. SHABAZ
                            District Judge