IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CLARENCE M. EASTERLING,

        Plaintiff,                               ORDER

   v.                                             07-cv-598-bbc

MATTHEW J. FRANK, RICHARD J. RAEMISCH
PHILLIP A. KINGSTON, MICHAEL THURMER,
LAURA WOOD, CHARLES BROWN and BETH
LIND,

        Defendants.

---

On October 3, 2008, defendants filed a letter stating that the parties have verbally reached an agreement in this case and are in the process of executing a written settlement agreement, at which time they will file a formal stipulation for dismissal of the action.

Therefore, IT IS ORDERED that the parties have until October 17, 2008 to file a formal stipulation for dismissal of the action with this court. If the parties have not submitted a

1

stipulation by October 17, 2008, this court will consider the pending motions in the case.

Entered this 6th day of October, 2008.

BY THE COURT:


/s/

STEPHEN L. CROCKER
Magistrate Judge

2